UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

PAUL B. MANSOURIAN,

    Plaintiff,

    v.

SANTA CLARA COUNTY SHERIFF DEPT. CORRECTIONAL OFFICERS,

    Defendant.

No. C 15-0406 NJV (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a former detainee. In the initial review order on February 23, 2015, the court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the court. This case is **DISMISSED** for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated: April 13, 2015.

NANDOR J. VADAS
United States Magistrate Judge